| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **Northern District of Texas** (State) |
| Case number (if known): 25-33497  Chapter  7 |

☒ Check if this is an amended filing

# Amended Rider 1
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On September 10, 2025, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Northern district of Texas for relief under chapter 7 title 11 of the United States Code. This rider amends that certain rider attached to the voluntary chapter 7 petition for Tricolor Auto Acceptance, LLC.

- Tricolor Holdings, LLC
- TAG Intermediate Holding Company, LLC
- Tricolor Auto Group, LLC
- Tricolor Auto Acceptance, LLC
- Tricolor Insurance Agency, LLC
- Tricolor Home Loans LLC dba Tricolor Mortgage
- Tricolor Real Estate Services, LLC
- TAG California Holding Company, LLC
- Flexi Compras Autos, LLC
- TAG California Intermediate Holding Company, LLC
- Tricolor California Auto Group, LLC
- Tricolor California Auto Acceptance, LLC
- Risk Analytics LLC
- Tricolor Tax, LLC
- Tricolor Financial, LLC
- Tricolor Auto Receivables LLC
- TAG Asset Funding, LLC
- Apoyo Financial, LLC