John E. Mitchell, SBN: 00797095
**KATTEN MUCHIN ROSENMAN LLP**
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
Email: john.mitchell@katten.com

*Counsel for Origin Bank*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| TRICOLOR AUTO ACCEPTANCE, LLC, | § | Case No. 25-33497-7 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that Katten Muchin Rosenman LLP, by and through the undersigned, hereby makes an appearance on behalf of Origin Bank ("Origin"), creditor in the above-captioned case, and files this Notice of Appearance and Request for Service of Pleadings pursuant to 11 U.S.C. § 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests copies of all notices, pleadings, orders, and other papers served or required to be served in this case, pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010. All such notices should be addressed as follows:

1

303994479

John E. Mitchell
**KATTEN MUCHIN ROSENMAN LLP**
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone: (214) 765-3600
Facsimile: (214) 765-3602
Email: john.mitchell@katten.com

PLEASE TAKE FURTHER NOTICE that this request includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearings, petitions, objections, answers, responses, replies, claims, schedules, statements, reports, and all other pleadings, requests or notices, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

| | |
|---|---|
| Dated: September 10, 2025 | Respectfully submitted, |
| | **KATTEN MUCHIN ROSENMAN LLP** |
| | */s/ John E. Mitchell* |
| | John E. Mitchell, SBN: TX 00797095 |
| | 2121 N. Pearl St., Suite 1100 |
| | Dallas, TX 75201 |
| | Telephone: (214) 765-3600 |
| | Facsimile: (214) 765-3602 |
| | john.mitchell@katten.com |
| | |
| | **COUNSEL FOR ORIGIN BANK** |

303994479

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2025, I caused a true and correct copy of the foregoing document to be served electronically via the Court's Electronic Case Filing (ECF) System for the United States Bankruptcy Court for the Northern District of Texas on all parties receiving ECF Notice in this case.

                                              */s/ John E. Mitchell*
                                              John E. Mitchell

303994479