**GREENBERG TRAURIG, LLP**

| | |
|---|---|
| Jared R. Weir (Texas Bar No. 24075253) | John D. Elrod |
| 2200 Ross Ave, Suite 5200 | 3333 Piedmont Road, NE, Suite 2500 |
| Dallas, Texas 75201 | Atlanta, Georgia 3030 |
| Telephone: (214) 665-3600 | Telephone: (678) 553-2259 |
| Facsimile: (214) 665-3601 | Facsimile: (678) 553-2269 |
| Email: Jared.Weir@gtlaw.com | Email: ElrodJ@gtlaw.com |

**COUNSEL FOR COX AUTOMOTIVE, INC.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| TRICOLOR AUTO ACCEPTANCE, LLC, | Case No. 25-33497 |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for Cox Automotive, Inc. ("Cox"), pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and requests that copies of any and all notices, motions, pleadings, orders, applications, petitions, requests, complaints, and other papers filed, served, or entered in the captioned case (formal or informal, written or oral, transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise) be served upon the following:

| | |
|---|---|
| John D. Elrod | Jared R. Weir |
| **Greenberg Traurig, LLP** | **Greenberg Traurig, LLP** |
| 3333 Piedmont Road, NE, Suite 2500 | 2200 Ross Avenue, Suite 5200 |
| Atlanta, Georgia 30305 | Dallas, Texas 75201 |
| Tel: (678) 553-2259 | Tel: (214) 665-3600 |
| Fax: (678) 553-2269 | Fax: (214) 665-3601 |
| Email: elrodj@gtlaw.com | Email: jared.weir@gtlaw.com |

This Notice of Appearance for Cox shall not be deemed or construed to be a waiver of any rights, claims, actions, defenses, setoffs, or recoupments to which may be entitled, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments. Cox

1

expressly reserves, without limitation, the rights (1) to have final orders in noncore matters entered only after *de novo* review by a judge of the appropriate United States District Court; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; and (3) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal.

Dated: September 11, 2025

**GREENBERG TRAURIG, LLP**

By: /s/ *John D. Elrod*
Jared R. Weir
Texas Bar No. 24075253
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Tel: (214) 665-3600
Fax: (214) 665-3601
Email: jared.weir@gtlaw.com

-and-

John D. Elrod
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
Tel: (678) 553-2259
Fax: (678) 553-2269
Email: elrodj@gtlaw.com

*Counsel for Cox Automotive, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day caused copies of the foregoing *Notice of Appearance and Request for Notices* to be served upon all parties registered to receive CM/ECF notices in this case.

Dated: September 11, 2025

                                              /s/ *John D. Elrod*
                                              John D. Elrod

ACTIVE 714594089v1