**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Tricolor Holdings, LLC, | : | Case No. 25-33487-7 |
| | : | |
| Debtor. | : | |
| In re: | : | Chapter 7 |
| | : | |
| Apoyo Financial, LLC, | : | Case No. 25-33489-7 |
| Debtor. | : | |
| | : | |
| In re: | : | Chapter 7 |
| | : | |
| Flexi Compras Autos, LLC, | : | Case No. 25-33490-7 |
| Debtor. | : | |
| | : | |
| In re: | : | Chapter 7 |
| | : | |
| Risk Analytics LLC, | : | Case No. 25-33491-7 |
| Debtor. | : | |
| | : | |
| In re: | : | Chapter 7 |
| | : | |
| TAG Asset Funding, LLC, | : | Case No. 25-33492-7 |
| Debtor. | : | |
| | : | |
| In re: | : | Chapter 7 |
| | : | |
| TAG California Holding Company, LLC, | : | Case No. 25-33493-7 |
| | : | |
| Debtor. | : | |
| In re: | : | Chapter 7 |
| | : | |
| TAG California Intermediate Holding Company, LLC, | : | Case No. 25-33494-7 |
| | : | |
| Debtor. | : | |

| | |
|---|---|
| In re: | : Chapter 7 |
| TAG Intermediate Holding Company, LLC, | : Case No. 25-33495-7 |
| Debtor. | : |
| In re: | : Chapter 7 |
| Tricolor Auto Group, LLC, | : Case No. 25-33496-7 |
| Debtor. | : |
| In re: | : Chapter 7 |
| Tricolor Auto Acceptance, LLC, | : Case No. 25-33497-7 |
| Debtor. | : |
| In re: | : Chapter 7 |
| Tricolor Auto Receivables LLC, | : Case No. 25-33498-7 |
| Debtor. | : |
| In re: | : Chapter 7 |
| Tricolor California Auto Acceptance, LLC, | : Case No. 25-33501-7 |
| Debtor. | : |
| In re: | : Chapter 7 |
| Tricolor California Auto Group, LLC, | : Case No. 25-33502-7 |
| Debtor. | : |
| In re: | : Chapter 7 |
| Tricolor Financial, LLC, | : Case No. 25-33510-7 |
| Debtor. | : |
| In re: | : Chapter 7 |
| Tricolor Home Loans LLC, | : Case No. 25-33511-7 |
| Debtor. | : |

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Tricolor Insurance Agency, LLC, | : | Case No. 25-33512-7 |
| | : | |
| Debtor. | : | |
| In re: | : | Chapter 7 |
| | : | |
| Tricolor Real Estate Services, LLC, | : | Case No. 25-33514-7 |
| | : | |
| Debtor. | : | |
| In re: | : | Chapter 7 |
| | : | |
| Tricolor Tax, LLC, | : | Case No. 25-33515-7 |
| | : | |
| Debtor. | : | |

## AMENDED NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that this *Amended Notice of Appearance and Request for Service of Papers* amends and replaces any previously filed Notice of Appearance and Request for Service of Papers filed by Wilmington Trust in the applicable Chapter 7 Case (each as defined below) and the undersigned hereby appears in the above-captioned cases (the "Chapter 7 Cases") on behalf of Wilmington Trust, National Association (together with its subsidiaries and affiliates, "Wilmington Trust") in its capacities, as applicable, as indenture trustee, owner trustee, underlying trustee, trustee, account bank, collateral agent, securities intermediary, paying agent, securities registrar or otherwise in relation to the transactions listed on **Exhibit A** hereto. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Wilmington Trust requests that all notices given or required to be given and all papers served in these Chapter 7 Cases be delivered to and served upon the persons identified below at the following addresses:

3

| | |
|---|---|
| **ALSTON & BIRD LLP** | c/o Alston & Bird LLP |
| Bradley M. Smyer | Gerard S. Catalanello |
| Texas Bar No. 24068237 | Stephen M. Blank |
| Dallas Arts Tower | 90 Park Avenue |
| 2200 Ross Avenue, Suite 2300 | New York, New York 10016 |
| Dallas, TX 75201 | T: (212) 210-9400 |
| T: (214) 922-3400 | F: (212) 210-9444 |
| F: (214) 922-3899 | E: Gerard.Catalanello@alston.com |
| E: brad.smyer@alston.com | E: Stephen.Blank@alston.com |
| | *Pro Hac Vice applications to be filed* |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to above, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise, in these Chapter 7 Cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, nor shall be deemed, to waive Wilmington Trust's (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Wilmington Trust may or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: September 15, 2025

Respectfully Submitted,

ALSTON & BIRD LLP

*/s/ Bradley M. Smyer*
Bradley M. Smyer
Texas Bar No. 24068237
Dallas Arts Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
T: (214) 922-3400
F: (214) 922-3899
E: brad.smyer@alston.com

*-and-*

Gerard S. Catalanello (*Pro Hac Vice to be filed*)
Stephen M. Blank (*Pro Hac Vice to be filed*)
90 Park Avenue
New York, New York 10016
T: (212) 210-9400
F: (212) 210-9444
E: Gerard.Catalanello@alston.com
  Stephen.Blank@alston.com

*Counsel to Wilmington Trust, National Association in its various capacities*.

**Exhibit A**

| Transactions |
|---|
| Tricolor Auto Acceptance, LLC (Libremax Warehouse) |
| Tricolor Auto Securization Trust 2025-2 |
| Tricolor Auto Securization Trust 2025-1 |
| Adonis Financial Funding, LLC/Apoyo Financial, LLC |
| Tricolor Auto Securization Trust 2024-3 |
| Tricolor Auto Securization Trust 2024-2 |
| Tricolor Auto Securization Trust 2024-1 |
| Tricolor Auto Securization Trust 2023-1 |
| Tricolor Funding SPV6 LLC |
| Tricolor Auto Securization Trust 2022-1 |
| Tricolor Holdings, LLC/Origin Bank |
| Tricolor Funding SPV 4 LLC |
| Tricolor Funding SPV3 LLC |
| Tricolor Auto Acceptance, LLC |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day, I caused to be served true and correct copies of the foregoing Notice of Appearance and Request for Service of Papers by filing such notice with the Court's CM/ECF system.

Dated: September 15, 2025　　　　　　　　　*/s/ Bradley M. Smyer*
　　　　　　　　　　　　　　　　　　　　　　Bradley M. Smyer