**VINSON & ELKINS LLP**
Bradley R. Foxman (TX 24065243)
Matthew W. Moran (TX 24002642)
Sara E. Zoglman (TX 24121600)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel:    214-220-7700
Fax:   214-220-7716
Email: bfoxman@velaw.com
            mmoran@velaw.com
            szoglman@velaw.com

**VINSON & ELKINS LLP**
Paul E. Heath (TX 09355050)
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Tel:    713-758-2222
Fax:   713-758-2346
Email: pheath@velaw.com

*Counsel to TBK Bank, SSB*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>Tricolor Auto Acceptance, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 25-33497 (MVL) |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE AND NOTICE**

**PLEASE TAKE NOTICE** that the undersigned appear as counsel for TBK Bank, SSB ("**TBK Bank**"), a secured creditor, in the above referenced chapter 7 cases, and hereby files this *Notice of Appearance and Request for Service and Notice* (this "**Notice of Appearance**") pursuant to section 342 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and the Local Rules of the United States Bankruptcy Court for the Northern District of Texas, and requests that copies of all notices and pleadings given or required to be given in the chapter 7 cases be served upon:

1

| | |
|---|---|
| **VINSON & ELKINS LLP**<br>Bradley R. Foxman (TX 24065243)<br>Matthew W. Moran (TX 24002642)<br>Sara E. Zoglman (TX 24121600)<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 75201<br>Tel:   214-220-7700<br>Fax:  214-220-7716<br>Email: bfoxman@velaw.com<br>          mmoran@velaw.com<br>          szoglman@velaw.com | **VINSON & ELKINS LLP**<br>Paul Heath (TX 09355050)<br>845 Texas Avenue, Suite 4700<br>Houston, Texas 77002<br>Tel:   713-758-2222<br>Fax:  713-758-2346<br>Email: pheath@velaw.com |

*Counsel to TBK Bank, SSB*

**PLEASE TAKE FURTHER NOTICE** that the above request includes all notices required by the Bankruptcy Code and the Bankruptcy Rules and also includes, without limitation, the schedules, statements of financial affairs, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request, whether formal or informal, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel hereby requests that the names and addresses of the counsel set forth above be added to all mailing matrices in these cases.

**PLEASE TAKE FURTHER NOTICE** that TBK Bank does not consent to or waive any rights, claims, actions, or defenses through the filing and service of this Notice of Appearance with respect to jurisdiction under the Bankruptcy Code, and strictly reserves such rights, including: (i) the right to trial by jury in any proceeding triable in these chapter 7 cases or any case, controversy, or proceeding related to these chapter 7 cases, (ii) the right to have final orders in

non-core matters entered only with *de novo* review by the applicable United States District Court for the Northern District of Texas, and (iii) the right to seek to withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: September 15, 2025

*Bradley R. Foxman*
**VINSON & ELKINS LLP**
Bradley R. Foxman (TX 24065243)
Matthew W. Moran (TX 24002642)
Sara E. Zoglman (TX 24121600)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: 214-220-7700
Fax: 214-220-7716
Email: bfoxman@velaw.com
　　　　mmoran@velaw.com
　　　　szoglman@velaw.com

-and-

Paul E. Heath (TX 09355050)
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Tel: 713-758-2222
Fax: 713-758-2346
Email: pheath@velaw.com

*Counsel to TBK Bank, SSB*

## **CERTIFICATE OF SERVICE**

      I certify that on September 15, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                            *Bradley R. Foxman*
                                            One of Counsel